NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MICHAEL D. STOFFEL,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7102

---

Appeal from the United States Court of Appeals for Veterans Claims in 10-2962, Judge Donald L. Ivers.

---

**ON MOTION**

---

**O R D E R**

Michael D. Stoffel moves for an extension of time to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

MICHAEL STOFFEL V. SHINSEKI                                    2

   The motion is granted to the extent that Mr. Stoffel's reply brief is due no later than November 26, 2012. No further extensions should be anticipated.

                                        FOR THE COURT


                                        /s/ Jan Horbaly
                                        Jan Horbaly
                                        Clerk

s21